UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTENDER PARTNERS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AZTECA INTERNATIONAL CORPORATION, a Delaware corporation and d/b/a AZTECA AMERICA, RED AZTECA INTERNATIONAL, S.A. de C.V., a Mexican corporation, TV AZTECA, S.A. de C.V., a Mexican corporation and d/b/a TV AZTECA, and MAPITV, INC., a New Jersey corporation,<br><br>Defendants. | CASE NO. CV 08-02026 MMM (JTLx)<br><br>JUDGMENT FOR PLAINTIFF |

      On March 26, 2008, plaintiff Contender Partners, LLC filed this action for trademark and copyright infringement against defendants Azteca International Corporation ("Azteca"), Red Azteca International, S.A. de C.V. ("Red Azteca"), TV Azteca, S.A. de C.V. ("TV Azteca"), and MapiTV, Inc. ("MapiTV"). The clerk entered MapiTV's default on August 7, 2008. On November 11, 2008, plaintiff filed a motion for entry of default judgment against MapiTV. On January 21, 2009, plaintiff reached a settlement with Azteca, Red Azteca, and TV Azteca. In an order dated July 22, 2009, the court granted plaintiff's motion for default judgment as to its trademark infringement claim and denied it as to its copyright infringement claim. The court

concluded that plaintiff was entitled to a permanent injunction and attorneys' fees. Plaintiff elected to recover attorneys' fees pursuant to the schedule set forth in Local Rule 55-3. However, the court concluded that the evidence submitted by plaintiff failed to establish its actual damages. The court therefore directed plaintiff to submit additional evidence regarding its damages by August 10, 2009. As of the date of this judgment, plaintiff has not submitted any further evidence of damages. As plaintiff has not established that it is entitled to damages, plaintiff is entitled to $250.00 in attorneys' fees under Local Rule 55-3.[1] Accordingly,

IT IS ORDERED AND ADJUDGED that

1. Plaintiff shall recover from defendant MapiTV $250.00 in attorneys' fees. Plaintiff shall also recover post-judgment interest on this sum at a rate of **0.41%**.

2. Defendant MapiTV and its agents, servants, employees, representatives, and all other persons or entities acting on its behalf or in concert or participation with it who receive actual notice of the injunction are hereby restrained and enjoined from using the name "Retador Azteca" in association with the production, broadcast, and/or promotion of a boxing program or an elimination/competition-style reality TV series that is structured around a series of boxing matches, or otherwise incorporates a series of boxing matches as part of the competition.

DATED: September 28, 2009

                                               MARGARET M. MORROW
                                               UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 55-3 provides for fees of "30% [of the recovery] with a minimum of $250.00" for judgments of $1,000.00 and under.